IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RAMONA MEZE, Individually
and as Executor of the Estate of
Valentin Meza, et al                                                                         PLAINTIFF

    V.                              NO.  2:11-cv-02069

FORD MOTOR COMPANY                                                                    DEFENDANT

### ORDER CANCELLING SETTLEMENT CONFERENCE

The above case was set for a Settlement Conference by order (ECF No. 15 ) dated March 8, 2012.  All parties have indicated to the court that there is no possibility of settlement of the pending claims at this time.

Accordingly the Settlement Conference previously set is hereby **CANCELLED**.

IT IS SO ORDERED this April 26, 2012.

                       /s/ *J. Marschewski*
                       HONORABLE JAMES R. MARSCHEWSKI
                       Chief  United States Magistrate  Judge