IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RAMONA MEZA, individually and as
Personal Representative and the Executor of
the Estate of VALENTIN MEZA;
ARNOLDO GIOVANI MEZA RODRIGUEZ; and
JESUS RAMON MEZA RODRIGUEZ                                              PLAINTIFFS

v.                                   Case No. 2:11-CV-02069

FORD MOTOR COMPANY                                                      DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Defendant Ford Motor Company's Combined Motion to Strike and Motion for Summary Judgment (Doc. 16) is **GRANTED IN PART and DENIED IN PART AS MOOT.**

This case is accordingly dismissed with prejudice, and the parties are instructed to bear their own fees and costs.

IT IS SO ORDERED this 1st day of May, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE